No. 05–6300. REMOI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–6303. POPE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6304. OLIVO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6305. NUNN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6306. LAWRENCE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–6307. CRAYTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–6308. CROSS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6309. DENNISON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–6314. MONREAL-MONREAL v. UNITED STATES; ESPARZA-CANO v. UNITED STATES; HERNANDEZ-NEGRETE v. UNITED STATES; ALANIS-ZUNIGA v. UNITED STATES; MALDONADO v. UNITED STATES; MORALES-GARCIA v. UNITED STATES; and PADILLA-CALVO, AKA MARTINEZ-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6316. MAGALLANEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–6317. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–6318. ROBINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6319. RAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.